IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO IMMIGRANT
LAW CENTER,
         Plaintiff,

v.                                               CIVIL NO. 1:22-CV-017 JHR/KK

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

         Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff New Mexico Immigrant Law Center ("Plaintiff") and Defendant U.S. Immigration and Customs Enforcement ("ICE") hereby stipulate as follows:

Plaintiff and Defendant have entered into a settlement agreement to resolve Plaintiff's claims.

According to Rule 41(a)(1)(A)(ii), therefore, this stipulation of dismissal signed on behalf of Defendant and Plaintiff, constitutes the voluntary dismissal WITH PREJUDICE of the claims of Plaintiff without need of further Court order.

         Respectfully Submitted,

         ALEXANDER M. M. UBALLEZ
         U.S. Attorney

         ***Electronically filed 2/3/2023***
         Manual Lucero
         Assistant United States Attorney
         PO Box 607
         Albuquerque, NM 87103
         (505) 224-1467; 346-7205 (fax)
         manny.lucero@usdoj.gov

Coyle & Benoit, PLLC

*Approved 2/2/2023*
CHRISTOPHER BENOIT
2515 N. Stanton Street
El Paso, Texas 79902
Telephone: (915) 532-5544
Facsimile: (915) 532-5566
chris@coylefirm.com

ACLU of New Mexico

*Approved 2/2/2023*
Rebecca Sheff
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915
F: (505) 266-5916
rsheff@aclu-nm.org
*Attorneys for Plaintiff*